TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-11-00809-CV






David Chestnut, Appellant


v.


JRSW1, Ltd, Appellee






FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY,

NO. C-1-CV-11-009527, HONORABLE J. DAVID PHILLIPS, JUDGE PRESIDING





M E M O R A N D U M O P I N I O N


 David Chestnut has failed to prosecute his appeal. Appellant's brief was due
June 4, 2012. On July 30, 2012, this Court's clerk sent Chestnut a notice informing him that his
brief was overdue and cautioned that his appeal could be dismissed for want of prosecution unless
Chestnut filed a response reasonably explaining his failure to file a brief. That response was due by
August 9, 2012. Chestnut has not responded to the notice, nor has he filed a brief. Accordingly, we
dismiss the appeal for want of prosecution. See Tex. R. App. P. 42.3(b), (c).


 _____________________________________________

 J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Rose and Goodwin

Dismissed for Want of Prosecution

Filed: August 22, 2012